# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SARAH ELIZABETH STELZMAN,** | : | Civil No. 1:22-CV-82 |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **KILOLO KIJAKAZI**, | : | |
| **Acting Commissioner of Social Security** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of January, 2023, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge